**UNITED STATES BANKRUPTCY COURT**

**FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

In Re:
Maria Isabel Ayala                                    Case # 07-10305-RGM

REPORT OF DEPOSIT OF UNCLAIMED FUNDS

---

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347, the trustee herein submits a check, or checks, payable to the "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. Unclaimed funds represent the dividend(s) due and payable to the entity identified as the original payee on the face of the enclosed check(s).

| PAYEE | AMOUNT |
|---|---|
| MARIA ISABEL AYALA<br>2200 Winterthur Court, # Ph 2<br>Reston, VA  20191 | $1,312.00 |

Dated:    October 28, 2010            __/s/Thomas P. Gorman_____
                                      Thomas P. Gorman
                                      300 North Washington Street, Ste. 400
                                      Alexandria, VA 22314
                                      (703) 836-2226
                                      VSB#26421